**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT                                              No. MC-14-80053 EMC

         Plaintiff,                                  **ORDER REJECTING COMPLAINT**

   v.

UNITED STATES

         Defendant.
_____/

    Plaintiff Tyrone Hurt has been declared a vexatious litigant.  The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013).  On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

    In the instant case, Mr. Hurt purports to sue the United States seeking to eliminate the death penalty in 18 states that currently employ it  As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

    IT IS SO ORDERED

Dated:  March 5, 2014

_____
EDWARD M. CHEN
United States District Judge